## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA,
## ATLANTA DIVISION

| | |
|---|---|
| ROSENFELD FAMILY FOUNDATION, | : |
| Plaintiff, | : Civil Action No. 1:20-cv-04854-JPB |
| v. | : |
| HD SUPPLY HOLDINGS, INC., KATHLEEN J. AFFELDT, JOSEPH J. DEANGELO, PETER A. DORSMAN, STEPHEN J. KONENKAMP, PATRICK R. MCNAMEE, SCOTT D. OSTFELD, CHARLES W. PEFFER, JAMES A. RUBRIGHT, MILFORD W. MCGUIRT, and LAUREN TAYLOR WOLFE, | : |
| Defendants. | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that plaintiff Rosenfeld Family Foundation ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: December 18, 2020 | **WEISSLAW LLP**<br><br>/s/ *Michael A. Rogovin*<br>Michael A. Rogovin<br>Georgia Bar No. 780075<br>476 Hardendorf Ave. NE<br>Atlanta, GA 30307<br>Tel.: (404) 692-7910<br>Fax: (212) 682-3010<br>mrogovin@weisslawllp.com<br><br>*Attorneys for Plaintiff* |